# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTIAN BRETT MARTINEZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-17-53-M |
| FCI EL RENO, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

On April 4, 2017, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The Magistrate Judge recommended this action be dismissed without prejudice. Plaintiff was advised of his right to file an objection to the Report and Recommendation by April 21, 2017. A review of the file reveals that no objection has been filed.[1]

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on April 4, 2017;

(2) DISMISSES plaintiff's Complaint [docket no. 1] without prejudice to refiling.

**IT IS SO ORDERED this 26th day of April, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] On April 10, 2017, the Report and Recommendation sent to plaintiff was returned to the Court as undeliverable.